UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHAAF,<br><br>      Plaintiff,<br><br>      v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>      Defendant. | Case No.  14-cv-04513-KAW<br><br>**ORDER SETTING OPPOSITION DEADLINE; CONTINUING MOTION HEARING** |

The Court held a case management conference in the above-captioned case on April 7, 2015.  As discussed on the record, Plaintiff shall file an opposition to the pending motion to dismiss by April 28, 2015.  The hearing currently set for May 7, 2015 is continued to July 2, 2015.

IT IS SO ORDERED.

Dated: 04/07/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge