UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHAAF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>　　　　Defendant. | Case No. 14-cv-04513-KAW<br><br>**ORDER REQUIRING PARTIES TO FILE STIPULATION OF DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 38 |

On August 3, 2015, Plaintiff Steven Schaaf filed a Notice of Settlement, Dkt. No. 38. He indicates that he is currently waiting on Defendant to deliver the settlement papers, and that he will file a dismissal once those papers are received and agreed upon. In light of this, the parties are ordered to file a stipulation of dismissal within 60 days of this order, absent any extension ordered by the Court. The motion hearing currently set for August 6, 2015 is VACATED.

IT IS SO ORDERED.

Dated: 08/03/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge