UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SCHAAF,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>    Defendant. | Case No.  14-cv-04513-KAW<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. Nos. 40, 41 |

The parties to the above-captioned case have each filed a request for an extension of time to file a stipulation of dismissal, which was due on October 2, 2015.  Defendant indicates that it anticipates "completing performance of its obligations under the Settlement Agreement within the next couple of days, after which a stipulation for dismissal can be filed."  It requests that the current deadline be extended by two weeks, to October 16, 2015.  Good cause appearing, the Court GRANTS the parties' requests.  The parties shall file a stipulation of dismissal by no later than October 16, 2015.

    IT IS SO ORDERED.

Dated: 10/07/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge