```
 1  PETER J. SALMON (SBN 174386)
    CHRISTOPHER L. PETERSON (SBN 215069)
 2  CUONG M. NGUYEN (SBN 248586)
    ALDRIDGE PITE, LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17935
 4  San Diego, CA 92177-0935
    Telephone: (858) 750-7600
 5  Facsimile:  (619) 326-2430
    E-Mail: cnguyen@aldridgepite.com
 6
    Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| STEVEN SCHAAF, | Case No. 4:14-cv-04513-KAW |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendant, | |

Plaintiff Steven Schaaf ("Plaintiff") and Defendant Federal Home Loan Mortgage Corporation ("Defendant") hereby stipulate as follows:

1. Federal Rules of Civil Procedure 41(a)(1)(ii) allows an action to be dismissed upon the filing of a stipulation signed by all parties.

2. Plaintiff and Defendant have settled this matter and hereby stipulate to the dismissal of the action, with prejudice, pursuant to FRCP 41(a)(1)(ii).

///
///
///
///
///

Case 4:14-cv-04513-KAW   Document 47   Filed 11/04/15   Page 2 of 4

3. Each party shall pay his or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: September 15, 2015    By: /s/ Steven Schaaf
STEVEN SCHAAF
Plaintiff in Pro Se

ALDRIDGE PITE, LLP

Dated: 10/26/15    By: /s/ Cuong M. Nguyen
CUONG M. NGUYEN
Attorneys for Defendant
FEDERAL HOME LOAN MORTGAGE CORPORATION

- 2 -
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to this action. My business address is 4375 Jutland Drive, Suite 200, P.O. Box 17935, San Diego, CA 92177-0935.

I certify that on October 26, 2015, I served the attached document by U.S. Mail on the following:

| | |
|---|---|
| Steven Schaaf<br>5150 Diamond Heights Blvd #B301<br>San Francisco, CA 94131<br>*Plaintiff in Pro Se* | Steven Schaaf<br>1415 Broadway #233<br>Alameda, CA 94541<br>*Plaintiff in Pro Se* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of October, 2015, at San Diego, California.

_____
MARGARITA M. ELERIA-PEREZ

|   |   |
|---|---|
| 1 | PETER J. SALMON (SBN 174386) |
|   | CHRISTOPHER L. PETERSON (SBN 215069) |
| 2 | CUONG M. NGUYEN (SBN 248586) |
|   | ALDRIDGE PITE, LLP |
| 3 | 4375 Jutland Drive, Suite 200 |
|   | P.O. Box 17935 |
| 4 | San Diego, CA 92177-0935 |
|   | Telephone: (858) 750-7600 |
| 5 | Facsimile:  (619) 326-2430 |
|   | E-Mail: cnguyen@aldridgepite.com |

Attorneys for Defendant FEDERAL HOME LOAN MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| STEVEN SCHAAF, | Case No. 4:14-cv-04513-KAW |
|---|---|
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. |  |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, |  |
| Defendant, |  |

Plaintiff Steven Schaaf and Defendant Federal Home Loan Mortgage Corporation have filed a stipulation for dismissal of the action, with prejudice, with each party to pay his or its own attorneys' fees and costs.

The Court hereby GRANTS the stipulation.  The action is dismissed, with prejudice. Each party shall bear his or its own attorney's fees and costs.

IT IS SO ORDERED.


DATED:  ___11/4/15_____              _____*Kandis Westmore*_____
                                           HON. KANDIS A. WESTMORE
                                           UNITED STATES MAGISTRATE JUDGE

- 1 -
**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**